UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Cr. No. 13-338(PGS)
:
VS :
:
Rolando Cribeiro : ORDER OF RELEASE
:

It is on this 13th day of May, 2013 ORDERED:

That bail be fixed at $100,000.00 and the defendant be released upon:

- (a) Executing an unsecured appearance bond.
- b. Executing an appearance bond and depositing in cash in the registry of the Court _____ % of the bail fixed.
- c. Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof.

It is further ORDERED that, in addition to the above, the following special conditions are imposed:

1. That the defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; and not retaliate against any witness, victim or informant in this case.
2. That the defendant be restricted in travel to:
NEW JERSEY (X)  NEW YORK ( )  PENNSYLVANIA ( ) _Pretrial services may approve travel to other states for employment purposes_
and Connecticut.
(X) Surrender his/her passport and/or not apply for a new passport.
(X) Report to Pretrial Services _See below_
(X) Additional Conditions: _mental health treatment as approved by pretrial services_

_____
U.S.D.J. PETER G. SHERIDAN